NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000165
16-APR-2019
09:44 AM

NO. CAAP-18-0000165

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOSEPH T. FUGOW, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 16-1-0013(1); CASE NO. 2PC141000109(1))

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order of the Intermediate Court of Appeals of the State of Hawaiʻi filed on February 28, 2019, is hereby corrected at page 1 in the case caption as follows:

JOSEPH T. FUGOW, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

The clerk of the court is directed to incorporate the foregoing changes in the original Summary Disposition Order..

DATED: Honolulu, Hawaiʻi, April 16, 2019.

FOR THE COURT:

Associate Judge

---

[1] Ginoza, Chief Judge, Leonard and Reifurth, JJ.